**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **LINDA TANNER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:26-cv-1028-O-BP** |
| | § | |
| **NAVY FEDERAL CREDIT UNION,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER VACATING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Plaintiff having filed an amended Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (ECF No. 7), the Court **VACATES** the Findings, Conclusions, and Recommendation entered on September 11, 2026 (ECF No. 6). The Court **DENIES as moot** Plaintiff's original Application to Proceed in District Court without Prepaying Fees or Costs (Long Form) (ECF No. 2).

It is so **ORDERED** on September 15, 2026.

Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE